## Commonwealth *v.* Sanders, Appellant.

Submitted November 13, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Schultz, Appellant.

Submitted November 9, 1970. *Regis Schultz*, appellant, in propria persona; *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY, J., would remand for appointment of counsel.